**Edwin F. LARK, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 10387.**

United States Court of Appeals
Fourth Circuit.

Argued March 11, 1966.

Decided March 28, 1966.

James J. Laughlin, Washington, D. C.,
for appellant.

W. Warren Upton, Asst. U. S. Atty.
(Milton J. Ferguson, U. S. Atty., on
brief), for appellee.

Before BOREMAN, Circuit Judge,
MARVIN JONES, Senior Judge,[*] United
States Court of Claims, and BRYAN, Cir-
cuit Judge.

PER CURIAM.

Edwin F. Lark filed his petition for a
writ of error coram nobis, seeking to set
aside a judgment of criminal conviction
entered against him in 1925. He has long
since served the sentence imposed upon
him and has received a presidential par-
don the exact nature and effect of which
do not clearly appear.

The District Court held extended hear-
ings at which the testimony of witnesses
and documentary evidence were present-
ed. After careful and painstaking con-
sideration the court below filed its Memo-
randum Opinion [1] setting forth detailed
findings of fact and denying relief. We
conclude that the findings are clearly sup-
ported by substantial evidence in the
record.

Perceiving no error we affirm.

[*] Sitting by designation.

■

**James E. LITTLE, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 22236.**

United States Court of Appeals
Fifth Circuit.

March 31, 1966.

George M. Leppert, New Orleans, La.,
Hal Gerber, Memphis, Tenn., for appel-
lant.

F. D. Fitzgibbon, Jr., U. S. Atty., St.
Louis, Mo., John C. Ciolino, Asst. U. S.
Atty., New Orleans, La., John A. Newton,
Asst. U. S. Atty., St. Louis, Mo., Rich-
ard D. FitzGibbon, Jr., U. S. Atty.,
Eastern District of Missouri, Louis C.
LaCour, U. S. Atty., Eastern District of
Louisiana, for appellee.

Before JONES and BELL, Circuit
Judges, and BREWSTER, District Judge.

PER CURIAM:

The appellant was convicted of an of-
fense in violation of the Federal law in
the Eastern District of Missouri. After
a motion for new trial was overruled, he
surrendered himself in Louisiana and
seeks relief from the judgment of con-
viction and sentence by an application
for habeas corpus in the District Court
for the Eastern District of Louisiana.
He has made no application under 28
U.S.C.A. § 2255. This Court has con-
cluded that the relief which he seeks can
be granted, if at all, only by the court in
which he was convicted and pursuant to
the remedies provided by 28 U.S.C.A. §
2255. The judgment of the district court
denying relief on the application for a
writ of habeas corpus is

Affirmed.

1. United States of America v. Lark, 251
F.Supp. 470, (S.D.W.Va.1965).